3:15-cv-339-J-32PPL *(handwritten)*

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
**MARTIN W BROACH ;**
**County of Residence: Duval County**

**Defendant(s):**

First Listed Defendant:
**SNYDER'S LANCE, INC., a Florida Corporation ;**
**County of Residence: Duval County**

Additional Defendants(s):
**S-L DISTRIBUTION COMPANY, INC., a Florida Corporation ;**

**County Where Claim For Relief Arose: Duval County**

**Plaintiff's Attorney(s):**

(MARTIN BROACH)
The Schwartz Law Group, PA
10365 Hood Road South, Suite 104
Jacksonville, Florida 32257
**Phone:** 904-292-0222
**Fax:** 904-292-0044
**Email:** jesse@flattorney.net

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** 29 USC 201 for unpaid overtime compensation, liquidated damages, attorneys' fees and costs and other relief.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 300,000 est.

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

## Signature: Seth Schwartz

### Date: 3/19/2015

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.